# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 546

132042

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

KATHERINE SUE DENDEL,
     Defendant-Appellee.

_____

SC: 132042
COA: 247391
Jackson CC: 02-002915-FC

     In this cause, the parties' joint motion for rehearing is considered and, in lieu of granting rehearing, IT IS ORDERED that the opinion of the Court and the judgment order are amended to provide that the judgment of the Court of Appeals is reversed and the cause is REMANDED to the Court of Appeals for consideration of the remaining issues raised on appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2008

_____
Clerk